# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE URISTA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No.: 20-cv-01689-H-AHG<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND**<br><br>[Doc. No. 3.] |

On September 23, 2020, Plaintiff Jose Urista ("Plaintiff") and Defendants Wells Fargo and Co. and Wells Fargo Bank, North America, (collectively, "Defendants") filed a joint motion to extend the time for Defendants to respond to the complaint. (Doc. No. 3.) Defendants' initial response is due on October 1, 2020. (Id. ¶ 2.) The parties' joint motion asks the Court to extend the time for Defendants to make their initial response to November

2, 2020. (Id. ¶ 3.) The parties represent that this extension will allow Defendants to further investigate Plaintiff's claims and will not result in undue delay. (Id. ¶ 4.) For good cause shown, the Court grants the parties' joint motion. Defendants' initial response is now due on **November 2, 2020**.

    **IT IS SO ORDERED.**

DATED: September 24, 2020

                                               _____
                                               MARILYN L. HUFF, District Judge
                                               UNITED STATES DISTRICT COURT