UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE URISTA, on behalf of himself and all others similarly situated,<br><br>                              Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.,<br><br>                             Defendants. | Case No.: 20-cv-01689-H-AHG<br><br>**ORDER GRANTING MOTION TO WITHDRAW**<br><br>[Doc. No. 36.] |

      On April 9, 2021, Yana A. Hart filed a motion to withdraw as counsel of record for Plaintiff Jose Urista ("Plaintiff"). (Doc. No. 36.) In her declaration submitted with the motion to withdraw, Hart states that she is no longer employed with the law firm Kazerouni Law Group, APC and therefore no longer represents Plaintiff. (Doc. No. 36-1 at 2.) Plaintiff would still have Ahren A. Tiller as counsel of record in this case. Accordingly,

1  for good cause shown, the Court grants the motion and withdraws Hart as counsel of record
2  for Plaintiff in this action.
3      **IT IS SO ORDERED.**
4  DATED: April 12, 2021

                                                 */s/ Marilyn L. Huff*
                                 MARILYN L. HUFF, District Judge
                                 UNITED STATES DISTRICT COURT